UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Akbar Lakestani;<br><br>      Plaintiff,<br><br>  v.<br><br>The Islamic Republic of Iran et al.;<br><br>      Defendants. | Civil Action No: 1:21-cv-2232-JMC |

**INDEX OF EXHIBITS TO MOTION FOR DEFAULT JUDGMENT**

| Exhibit No. | Description |
|---|---|
| 1 | Declaration of Akbar Lakestani |
| 2 | Declaration of Behzad Farajidizaji |
| 3 | Declaration Requested to be Sealed |
| 4 | Reserved |
| 5 | Reserved |
| 6 | Certificate of Naturalization of Akbar Lakestani |
| 7 | Reserved |
| 8 | IranWire, Revealed: At Least Two More Dual Nationals in Iranian Prisons (Oct. 7, 2019) |
| 9 | Reserved |
| 10 | Kurdistan Human Rights Network, Iranian-American Citizen Taken to Hospital ue to Critical Health Condition (Nov. 6, 2019) |
| 11 | Reserved |
| 12 | Campaign for the Defense of Political and Civil Prisoners, Akbar Lakestani, an Iranian-American Dual Citizen, was Arrested During His Return to Iran (Oct. 3, 2019) |
| 13 | EA WorldView, Iran Daily: 2 More Dual Nationals Imprisoned (Oct. 12, 2019) |
| 14 | Akbar Lakestani, HRA Highlights Sixty-Nine Dual and Foreign Nationals Detained by Iran From 2003 to Present (Feb. 22, 2002) |
| 15 | UN OHCHR, Iran: Targeting of Journalists Threatens Freedom of Press, say UN Experts (Mar. 11, 2020) |
| 16 | CHRI, Iran Moves to Silence Journalists, Activists Ahead of Parliamentary Elections (Feb. 11, 2020) |
| 17 | U.S. Dep't of State, "Report Submitted to the U.S. Senate Committee on Foreign Relations and the U.S. House of Representatives Committee on International Relations", Country Reports on Human Rights Practices for 2004: Volume II |

| | |
|---|---|
| 18 | American Bar Association, REPORT NO. 1 OF THE SECTION OF INTERNATIONAL LAW AND PRACTICE, PRESENTED JOINTLY WITH THE STANDING COMMITTEE ON WORLD ORDER UNDER LAW AND THE SECTION OF INDIVIDUAL RIGHTS AND RESPONSIBILITIES |
| 19 | Freedom from Torture, "Turning a Blind Eye: Why the international community must no longer ignore torture in Iran" (Dec. 2017) |
| 20 | "Like the Dead in Their Coffins": Torture, Detention, and the Crushing of Dissent in Iran, HUMAN RIGHTS WATCH VOL. 16 NO. 2(E), June 2004 |
| 21 | "Medical negligence/prisoner of conscience" (Sept. 21, 2001) AMNESTY INT'L, MDE 13/039/2001 |
| 22 | Amnesty International, "Trampling Humanity: Mass Arrests, Disappearances and Torture Since Iran's November 2019 Protests" (Sept. 2, 2020) MDE 13/2891/2020 |
| 23 | Amnesty International, "Iran: Violations of Human Rights" (Jan. 1, 1987) MDE 13/09/87 |
| 24 | Annual Report on Iran, AMNESTY INT'L (2019) |
| 25 | Amnesty International 2020-2021 Iran Human Rights Report (April 2021) |
| 26 | Amnesty International, "Siamak Pourzand: Persecuted to Death, Harassed after Death" (May 6, 2011) |
| 27 | Amnesty International, Health Taken Hostage: Cruel Denial of Medical Care in Iran's Prisons (2016) |
| 28(a-b) | U.S. Department of State, Custom Report Excerpts: Iran, HUMAN RIGHTS REPORTS, <br><br>(a) 2019 Report <br>(b) 2020 Report |
| 29 | U.S. Department of State, State Sponsors of Terrorism |
| 30(a-b) | U.S. Department of State, Country Reports on Terrorism, <br><br>(a) 2019 Report <br>(b) 2020 Report |
| 31 | FIDH/Justice for Iran, Orwellian State: Islamic Republic of Iran's State Media as a Weapon of Mass Suppression, No. 749a (June 2020) |
| 32 | UN Special Rapporteur Report on Human Rights in Iran (2021) |
| 33(a-c) | Notes by the U.N. Secretary General, <br><br>(a) 2008, U.N. Doc. A/63/175, Torture and other cruel, inhuman or degrading treatment or punishment <br>(b) 2017, U.N. Doc. A/72/178, Extra-custodial use of force and the prohibition of torture and other cruel, inhuman or degrading treatment <br>(c) 2019, U.N. Doc. A/74/148, Relevance of the prohibition of torture and other cruel, inhuman or degrading treatment or punishment to the context of domestic violence |
| 34(a-b) | Reports of U.N. Special Rapporteur on Torture, <br><br>(a) 2010, U.N. Doc. A/HRC/13/39 <br>(b) 2020, U.N. Doc. A/HRC/43/49 |

| | |
|---|---|
| 35 | International Observatory of Human Rights, Prisoners as Bargaining Chips: Iran's Strategy of Coercion (Jan. 18, 2018) |
| 36 | Doctor's Note, Psychiatrist, Dr. Amir Mokhtarzadeh M.D. (02/01/2023) |
| 37 | Swiss Embassy Certification of Service of Process on Defendants |
| 38 | Offer to Arbitrate and Electronic U.S.P.S. Certified Mail Return Receipt |