Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

AKBAR LAKESTANI

Plaintiff(s)

v.

Civil Action: 21-cv-02232-JMC

SLAMIC REPUBLIC OF IRAN et al

Defendant(s)

**RE:** ISLAMIC REPUBLIC OF IRAN; ISLAMIC REVOLUTIONARY GUARD CORPS; SEYED ALI HOSSEINI KHAMENEI; HOSSEIN SALAMI

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 6/15/2022, and an affidavit on behalf of the plaintiff having been filed, it is this 30th day of January, 2023 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
Deputy Clerk