# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Akbar Lakestani

*Plaintiff,*

vs.

The Islamic Republic of Iran et al.;

*Defendants.*

Case Number: 1:21-cv-2232-JMC

## **DECLARATION OF** ▮▮▮▮▮▮▮▮

COMES NOW ▮▮▮▮▮▮▮▮ and states as follows:

1. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2. I have known Akbar Lakestani for more than 20 years and we are very close friends.

3. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and he traveled from the United States. ▮▮▮▮▮▮▮▮ he was informed that his mother, who lives in Iran, was ill, so he decided to visit her and enter Iran through the land border between Turkey and Iran, on September 28, 2019. ▮▮▮▮ entered the immigration passport checkpoint in Iran. When the immigration officer reviewed his passport, he mentioned there was a problem with it and that he had no right to travel. ▮▮▮▮▮▮▮▮ Eventually officers came and ▮▮▮▮▮ arrest Akbar.

4. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5. For 20 days we had no idea where he was being held. His family was so worried, and his ill mother was in constant pain worrying about him. After 20 days, we were finally informed that he was under interrogation by IRGC intelligence agents and that he was transferred to the Central Prison of Urmia.

1

6. Akbar's ill mother could not sit at home. █████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████

7. After making daily inquiries, we eventually found out that Akbar's health situation was severe and that he had been transferred to the hospital. ████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████
██████████████████████████████████████████████████
████████████████████████████████████████████

9. At this point his family decided to ask for help from international human rights organizations, and fortunately due to his U.S. citizenship the media and some organizations outside of Iran covered his situation.

10. On November 13, 2019, he was released on bail. He was in hospital clothes without any of his personal belongings, and he was really sick. ██████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
█████████████████████████████████████████

2

11. When he saw he had an opportunity to leave Iran, he did. We were happy he left. However, his family's bail has been confiscated.

12. Akbar told me the horrors of his interrogations and treatment, and how he was physically and mentally abused. He told me how he was denied access to this medications, how he was abused in the hospital and given unknown and unauthorized medications, how he was interrogated for very long hours, and how the authorities tried to get him to confess to crimes he did not commit.

13. He has been dealing with all sorts of physical and mental health issues since his release. It is very sad to witness.

I declare and can competently testify under penalty of perjury that the foregoing is true and correct.

Executed this __26th___ day of January 2023.









6