# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Akbar Lakestani<br><br>*Plaintiff,*<br><br>vs.<br><br>The Islamic Republic of Iran et al.;<br><br>*Defendants*. | Case Number: 1:21-cv-2232-JMC |

## DECLARATION OF AKBAR LAKESTANI

COMES NOW Akbar Lakestani and states as follows:

1. I was born in Iran on December 18, 1968.

2. I grew up in Iran and am a veteran of the Iran-Iraq War.

3. I am a human rights activist and have been vocal about my criticisms of the Islamic Republic. In 2007, I was arrested by the Islamic regime for my political activism. They charged me with "insulting the regime officials" and "advocacy against the regime" during the presidency of Mahmoud Ahmadinejad. I was sentenced to three years in prison and was ultimately forced to leave Iran in June 2009 due to pressures from the intelligence services.

4. On March 13, 2018, I became a citizen of the United States, where I have continued to speak out against the regime. I currently reside in California.

5. On September 28, 2019, I was traveling to Iran with my friend to visit my elderly and ill mother, who lives in Iran. I was specifically traveling through the city of Serow, on the border of Turkey and Iran, and crossed the border into Iran. Upon crossing the border, Iranian law enforcement officers checked my passport. While my documents were being reviewed, the border patrol officer in charged informed me that, based on the information in their system, I didn't have

the right to use my passport and I was barred from leaving Iran. They did not give me a reason for this and told me I had to figure it out myself. They then confiscated my passport and asked me to fill out a status determination form with information about my travels, including the dates of my previous entries into Iran and my reasons for returning.

6. After filling out this form and waiting for it to be processed, plainclothes but armed officers approached me and introduced themselves as IRGC officers, tied my hands behind my back, blindfolded me, and told me to be quiet and that I was being taken to be interrogated. They then put me into a vehicle and drove me to an undisclosed location. After a few hours, we arrived at a security detention center.

7. Upon arriving to the detention center but before entering, officers removed my blindfold and forced me to strip down and change clothing in front of them. They kept me naked for a long time, and then searched me with their hands on my body. While doing this, they were speaking to me in insulting language. This experience felt invasive and humiliating, especially since I was never informed as to why I was detained in the first place.

8. After the examination and inspection, they took me to an interrogation room. At this stage, they yelled and cursed at me and kept asking me why I came back to Iran and if I came back to spy. I kept repeating that I came back to visit my sick mother, but they relentlessly yelled these same questions at me. After almost an hour, I was transferred to a solitary cell, feeling very angry, sad, and afraid for what would come next.

9. I am diabetic and must take medication regularly. I requested medication for my diabetes, but they refused. They refused to even give me a piece of bread.

10. The next morning, officers took me from my solitary cell to an interrogation room again. In the interrogation room, the person who was supposedly in charge of the interrogation team

showed me recordings of interviews I participated in outside of Iran in which I spoke about the Iranian regime. They questioned me about these interviews and my activities. They asked me on whose orders I wrote my articles, why I wrote them, who my news source was, and what my goal was in writing them. But when I started to answer, they shouted, "don't lie, you will confess yourself", and started asking me the same questions over and over again. Eventually, they took me back to the solitary cell.

11. The next day, officers cuffed my hands and blindfolded me again, and took me to the Islamic Revolutionary Court. They then took me to the Deputy Prosecutor's Office where I was interrogated by the Deputy Prosecutor and two plainclothes officers who told me they were from the IRGC and there to handle my case. The Deputy Prosecutor said that since my case is not related to his office but to the security department of the Revolutionary Court, he was removing my case to the Prosecutor's Office in Urmia, before the Urmia Revolutionary Court. I was then told that I would be transferred to the Central Prison of Urmia and handed over to the IRGC intelligence agents.

12. On October 3, 2019, they transferred me to the Central Prison of Urmia by car. Upon arrival I was immediately handed over to IRGC officers and detained in the IRGC intelligence section.

13. Upon arrival, due to my severe diabetes and other diseases, I really needed my medication. I told the security officers that I need to take insulin regularly and take my blood pressure medication on time. However, they told me that we will talk about these issues tomorrow if there is a chance.

14. The next morning, on October 4, 2019, I was taken to an interrogation room and placed in front of a table. At first I was not blindfolded and could see I was being interrogated by seven people. I was only blindfolded when certain people entered the interrogation room. Partway

through the interrogation, I was blindfolded and questioned by new, unidentified individuals. During this very hostile interrogation, they asked me about why and how I left Iran and went to America, who helped me, my relationship with American security forces before and after leaving Iran, my activities in America, who I was working for, and whether I was a spy. They showed me the videos and texts of my lectures and articles and kept asking me the reasons for choosing the material. They accused me of being unpatriotic towards Iran and spying for the United States, repeatedly demanding, "admit right now that you were a spy because we know that you are a dirty spy for America." One of the interrogators told me, "your activism is more dangerous than armed conflict." They told me that my case was so serious that if I didn't cooperate with them and provide them with a list of all the information I knew about the United States, including the names of traitors I supposedly knew, then I could be facing the death penalty. I told them I didn't know anything, but they kept interrogating me. They were so relentless and threatened that if I didn't cooperate, I would never see my children, Reza and Niki, again. They also threatened that they would lure my children to Iran under a pretext, and rape them in front of me. I remember bursting into tears. I never even had a chance to answer their questions because when I tried they would curse at me and yell at me to shut up.

15. I cried several times during the interrogation because of the immense pressure. Considering this severe mental torture they placed me under and my serious medical problems, with low blood sugar and uncontrollable blood pressure, they used these medical problems against me. I was writhing and suffering from headache and heart palpitations. Even water couldn't hydrate me at this point due to my diabetes and not being allowed to take my medication.

16. This procedure continued for days. At the end of the interrogations, which lasted for over 12 hours, all the nervous tension and stress kept me awake and walking in my cell.

4

17. My treatment while detained in the Central Prison of Urmia only got worse. I was continuously denied access to my diabetes medication. I remember, both because of not taking my medication and being forced to walk barefoot, my feet bled so badly that they stained the carpet of my cell. I begged for my medication and showed the guards my feet and bloodstains to demonstrate the severity of my condition, but they refused and instead punched me in my face, which left cuts on my nose and mouth, and threw me to the floor of my cell for being too demanding. I was eventually examined by a doctor in the IRGC-controlled prison, who determined that my blood sugar was very high and advised me to go back on my diabetes medication immediately. The doctor, who was in charge of the clinic, informed the officers in charge of me that if I wasn't given my medication or transferred to a hospital immediately, I could be in serious trouble: "His condition is very serious and there is a possibility that he will have a stroke and die at any moment." The doctor insisted that I be transferred to the hospital immediately, and I recall him saying, "If you want to interrogate a dead guy that's on you, but I will not accept any responsibility regarding him." Yet, even after this evaluation, they still refused me access to my medication.

18. Interrogations continued and I was eventually transferred to the office of the Revolutionary Prosecutor in the sixth branch of the Urmia Revolutionary Court, where they charged me with "cooperating with anti-regime groups", "propaganda against the regime" and "insulting the Supreme Leader". They set a bail amount of 300 million tomans (approximately $30,000 USD) for my temporary release prior to court proceedings. This was an especially high bail amount, and I could not be released because my family and I could not afford to pay it.

19. I was then placed back in the Central Prison of Urmia, this time in a hall with prisoners who had been charged with violent criminal offenses. Every day I watched violent fights break out among the prisoners in my hall and prisoners being raped by violent prisoners. They would break

5

off metal pieces from their beds and use them as weapons, usually as they fought over contraband drugs, which were widely available in the prison. Some of my belongings were stolen by other inmates, who told me that if I didn't keep quiet then they would kill me or plant drugs on me to be discovered by the authorities, and that I would then see a noose around my neck. If this happened, I would face the death penalty. I feared for my life. I protested about these issues several times, to no avail.

20. At this point, I begged to be placed in solitary confinement due to feeling so unsafe, being denied access to medical facilities, as the authorities would often refuse to give me my medication prescribed by the prison clinic doctor, and the terrible health and food situation. When they refused, I eventually, on October 19, 2019, began a hunger strike for a total of 14 days – a "fresh food strike" for ten days and then a "dry food strike" for four days – to claim my rights. Officers responded by threatening me; they said that if I didn't end the hunger strike, then I would "face bad consequences." During this strike, a prison guard took me into the prison yard where executions were performed. I was terrified and asked what was happening, and why he brought me into the yard. He told me it was for me to "take a breath."

21. Following the hunger strike, I became so severely ill and fell unconscious several times. As a result, I was handcuffed and transported to Urmia's Khomeini State Hospital where they injected me with glucose. When I was revived, I realized that my hands and feet were shackled to the hospital bed. I tried to tell the hospital staff and anyone I could around me who I was and why I was brought there; there were about 16 beds in this big room and, in order for others to recognize me and to create security for myself, I shouted my name to the people around me in the hospital and said that I am a political prisoner. This angered the guards, so they closed the curtains around the hospital bed and violently beat me with their guns. This caused such a loud commotion that

others in the hospital could hear and began to protest the guards' treatment of me. When the guards noticed that others were protesting their treatment of me, I was quickly injected with an unknown substance that rendered me unconscious.

22. When I opened my eyes again, I saw that I had been moved to the detention center of Khomeini Hospital, which was a more secure part of the hospital that was designated for prisoners and was where interrogations and medicinal methods were used to coerce confessions. The conditions here were even worse than in the Central Prison of Urmia. Here, there were no windows or ventilation system, and the filth and odors were extreme. While detained here, officers beat me every day. They also would spit on me and constantly berate me, calling me a "traitor" and "spy". Other patients would approach me and then beat and sexually assault me, but every time I screamed for help no one would come, or the guards would just beat me again and ask why I was making noise.

23. During this time I was handcuffed and my feet were tied to the bed, restrained to the bed in the form of a cross for the entirety of my detention in the hospital detention center. Only during meals would they release my hands briefly. My legs were sore from the pressure of the bindings and I felt like my leg bones were being eaten away. Because of the injuries this caused to my legs, I struggled to use the bathroom. The interrogators kept saying that this was a result of my espionage, and that I should confess and cooperate with them in order for my suffering to end.

24. While still in the detention center of the hospital, I attempted a second hunger strike for two days in protest of these conditions. However, I was locked to the bed so tightly that I couldn't even move.

25. On November 6, pursuant to orders of the judicial and security authorities, I was transferred from Khomeini Hospital in Urmia to Razi Psychiatric Hospital where they placed me in the most

dangerous of the three wards there, which detained extremely violent and unstable psychiatric patients, including people who had murdered their wives due to their mental illnesses. I think they did this to break my morale. I was so overcome with stress and fear while detained there that it is difficult to describe. In many moments it felt like worse torture than solitary confinement.

26. While at Razi Psychiatric Hospital, they forced me to take different medications – pills and injections – that no one prescribed me or identified to me and which caused me to sleep constantly.

27. I was also beaten several times and constantly bound. My hands were cuffed behind my back so tightly that it caused severe pain in my shoulder joints, and I was only unbound briefly to eat and use the toilet. I still suffer from this pain today. They also cuffed my feet in such a way that caused my ankles to bleed and become severely infected. My whole body was in so much pain. I later found out in a bail hearing that my doctor at Razi Psychiatric Hospital wrote to the Revolutionary Prosecutor and Judge in my case several times to protest my extraordinary mistreatment. The doctor demanded that I be transferred to a medical hospital for treatment for my foot infections. The doctor said that for the several years he had been working there, he had not seen a security prisoner handcuffed and treated so inhumanely. He considered my condition to be dangerous, including that binding my legs could lead to amputation, and got into a verbal fight with the Judge in my case, right in front of me, stating, "I cannot participate in your crime"; "this person's legs are severely infected and he should be transferred to the infectious disease department immediately"; and "this person's conditions of diabetes and high blood pressure could lead to a heart attack at any moment."

28. I was eventually transferred to the infectious disease department at Taleghani Hospital in Urmia for treatment. Instead of treating me, the doctor there, named Mousavi, insulted me, the

U.S. government, and the American flag. After a very cursory treatment, I was transferred back to the Central Prison of Urmia.

29. Fortunately, my friend who had been traveling with me at the border and witnessed my arrest had spread the news of my arrest to the media, leading human rights institutions to monitor my situation. Considering my U.S. citizenship and the increased pressure, my jailers finally agreed to accept bail from my family.

30. On November 13, after 47 days of detention, my family paid the required bail to the Court for my temporary release on the condition that I go to the Prosecutor's office regularly for interrogation. When I was released, my family was never notified, so I was released into the city still wearing a hospital gown and flip flops in the cold weather, and without any of my personal belongings. They left me on the city streets with no money, leaving me to ask strangers for phone calls. Strangers clearly thought I was a madman who had escaped from the asylum, as they ran away from me. Finally, someone agreed and let me call my family from their phone. My friends then came looking for me.

31. This phone call was a big deal, as during the totality of my detention I was denied my rights to contact anyone and to have a lawyer. No one, not even my mother, wife, or children, knew my fate.

32. During my temporary release on bail, I was repeatedly called back for more interrogations in Urmia – three times to the Court, two times to the Prosecutor's Office, and again by agents of the Ministry of Intelligence after the assassination of General Qasem Soleimani. After a few hours, they asked if I consider this a terrorist act or not, and an interrogator asked me to write an article about Soleimani's death and to condemn the U.S. government's actions in killing him. I refused

9

to do this, and then they threatened me that if I wrote what they asked, then it could be helpful in my case. Despite the immense pressure and threats of a new indictment against me, I still refused.

33. On February 9, 2020, I fled Iran. I entered Turkey through the land border of Bazargan. I immediately engaged in psychological and medical treatment before flying back to the United States a few weeks later.

34. I was never formally informed of my sentencing *in absentia*, but my mother's house, which was put up for my bail, was confiscated by the Iranian government.

35. Ever since I returned to the U.S., I have been receiving medical treatment for all of my resulting conditions and injuries. Today, my eyes are permanently damaged due to physical stress and high blood sugar. I suffer from extreme shoulder and spine pain from how the authorities cuffed my hands so tightly behind my back. I have also had my legs operated on, and they will never be healthy like they used to be. Worst of all, I suffer from anxiety, a sleep disorder, nightmares, depression, and post-traumatic stress disorder as a result of what I endured in detention. To this day I can't maintain a permanent job as I struggle with this continued physical and mental torment.

36. While there are things that happened to me during my detention that will always be difficult to describe, I will never be able to forget what happened to me. The 47 days of my detention felt like hundreds of years for me. My soul and body are still suffering.

I declare and can competently testify under penalty of perjury that the foregoing is true and correct.

Executed this 26 day of January 2023.

                                                                               _____
Akbar Lakestani