UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKBAR LAKESTANI,<br><br>                    Plaintiff,<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>                    Defendants. | Case No. 21-cv-2232 (JMC) |

## ORDER AND JUDGMENT

For the reasons stated in the Court's accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's motion for default judgment, ECF 19, is **GRANTED**, and Plaintiff's motion for a status conference, ECF 24, is **DENIED** as moot.

It is further **ORDERED** that judgment in the amount of $14,233,204.88 is entered in favor of Plaintiff Akbar Lakestani and against Defendant Islamic Republic of Iran.

This is a final appealable order.

    **SO ORDERED.**

                                                                       JIA M. COBB
                                                                       United States District Judge

Date: November 10, 2025